# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0288
_____

H.D., Mother of C.L., a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Baker County.
Sean David Brewer, Judge.

August 13, 2024

PER CURIAM.

    AFFIRMED.

ROWE, WINOKUR and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

H.D., pro se, Appellant.

Andrew Feigenbaum, Appellate Counsel, Children's Legal Services, West Palm Beach, for Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Appellate Division, Guardian ad Litem, Tallahassee, o/b/o C.L,